UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

   v.

ZARTOSHT, INC., et al.,

        Defendants.

NO. CIV. S-10-1743 FCD EFB

**<u>ORDER</u>**

----oo0oo----

    The court is in receipt of defendant Zartosht, Inc.'s, "Answer to Complaint" [Docket #5], filed by Mehdi Behmard in propria persona. It is well established that "a corporation may appear in the federal courts *only through licensed counsel*." <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 202 (1993) (emphasis added). Because no licensed counsel has appeared for the corporate defendant, there has been no proper appearance by defendant Zartosht, Inc. Accordingly, the "Answer to Complaint" [Docket #5] is STRICKEN as to defendant Zartosht, Inc. Defendant Zartosht, Inc is granted fourteen (14) days from the issuance of this order to properly appear in this action through licensed counsel.

1    IT IS SO ORDERED.

2 DATED: September 17, 2010

    _____
3                                    FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE