UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ZARTOSHT, INC., and JRSV, INC.<br><br>        Defendants. | NO. CIV. S-10-1743 FCD EFB<br><br>**<u>ORDER</u>** |

----oo0oo----

    The court is in receipt of defendant JRSV, Inc.'s, "Answer to Complaint", and "Motion to Dismiss" [Docket #9], filed by Robert Cristando in propria persona.  It is well established that "a corporation may appear in the federal courts *only through licensed counsel*." <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 202 (1993) (emphasis added).  Because no licensed counsel has appeared for the corporate defendant, there has been no proper appearance by defendant JRSV, Inc.  Accordingly, the "Answer to Complaint", and "Motion to Dismiss" [Docket #9] is STRICKEN.  Defendant JRSV, Inc. is granted fourteen (14) days from the issuance of this order to properly appear in this action through licensed counsel.

1       IT IS SO ORDERED.
2  DATED: October 22, 2010
3                                    _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE